UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
*Bowling Green* DIVISION


FILED
2008 OCT 28 AM 11:38
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

HAROLD T. SHINES
_____

Name of Plaintiff(s)

v.    Civil Action No. 1:08CV156-R

ENVIRONMENTAL AND Public Protection CABINET/DepT of FINANCIAL INSTITUTIONS

Name of Defendant(s)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

   U.S. Department of Justice "Notice of Right To Sue, And to institute A Civil Action under Title I of the Americans with Disabilities Act. of 1990 42 u.s.c. 12111, et seq And Title VII of the Civil Rights Act of 1964 (Title VII)

2. Plaintiff, HAROLD T. SHINES resides at 826 OAK LANE, FRANKLIN,
   Street Address / City
   SIMPSON, Kentucky, 42134, 270 586-8386
   County / State / Zip / (Area Code) Phone Number

(if more than one Plaintiff, provide the same information for each Plaintiff on the next page):

3. Defendant, __Environmental And Public Protection Cabinet__ lives at, or its business is located at __1047 U.S. 127 South, Suite 4__, __Frankfort__, ____,
   Street Address                City              County

__Kentucky__, __40601__
State        Zip

(If more than one Defendant, provide the same information for each Defendant.)

Environmental and Public Protection Cabinet/
Dept of Financial Institution
1025 Capitol Center Drive
Frankfort,           Kentucky, 40601

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Plaintiff was denied and fail to receive any Accommodation for an orthopedic chair prescribed by my doctor. Defendent denied Accommodation for my Job due to medical restrictions. Racial harrassment by supervisor, emotional and mental stress by supervison and management. Person involved: Carmen Bishop, Cordell Lawrence, Colleen O'Keefe, Keith Talley, Darla Sandlin; Dates of Racial harrasment approx Aug 06; Sept 06; July 07; April 07; Orthopedic chair request Approx 5/07 Ortho.

4. Statement of claim (continued)

ADA Accommodation denial July 07 to present: In an August 07 meeting I was singled out and told to move from the front of the meeting to the back, not allowing me to choose like others where I wanted to sit. In September of 07 harassed about work, and my training was racially biased, no one working with me directly as others hired had someone in their office to work with them.

5. Prayers for Relief (list what you want the Court to do):

a) I Pray for relief in Compensatory damages of lost wages, lost profits, hospital bills (Current & Future) cost of home medical care including medical equipment, mental anguish, pain & suffering, loss of consortium

b) I Pray for relief in Punitive Damages and exemplary damages:

c) Past & Future relief for financial damages mental damages to family; I pray for relief with interest Pre and Post Judgment and cost and expenses including attorney and administrative fees.

d) I Pray for relief for Unfair and Unlawful and inflexible layoff due to medical restrictions and States 1yr Disability medical leave Policy.

6. Request for a Jury Trial    ✓ yes       no

I (we) hereby certify under penalty that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this 27th day of October 2008.

Harold J Shiner

(Signature of Plaintiff(s))