**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:08-CV-156-R**

HAROLD T. SHINES                                                              PLAINTIFF

V.

ENVIRONMENTAL AND PUBLIC
PROTECTION CABINET/
DEPARTMENT OF FINANCIAL INSTITUTIONS            DEFENDANT

## ORDER

Plaintiff, pro se, has filed a Motion to Appoint Counsel. (Docket #56) The motion was filed June 15, 2010. This was the first mention of need for appointed counsel and came only a few weeks prior to trial. There are no funds available for appointed counsel in pro se cases. While Plaintiff is not a lawyer, he has had no difficulty in complying and following the Court's orders and in responding to various motions.

**IT IS ORDERED** that the Motion is denied.

On June 16, 2010, the Court entered a Memorandum Opinion and Order dismissing all of Plaintiff's claims.

**IT IS FURTHER ORDERED** all other pending motions are denied.

cc: Counsel
       Plaintiff, pro se

000